## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| EDWARD L. GUY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:11-0895 |
| v. ) | Judge Trauger |
| ) | Magistrate Judge Griffin |
| SONYA TROUTT and BRIAN CROWDER, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On April 11, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 8), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** under Rules 4(m) and 41(b), FED. R. CIV. P., and Local 41.01.

It is so **ORDERED**.

ENTER this 11th day of May 2012.

_____
ALETA A. TRAUGER
U.S. District Judge